**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DEVINE FELDER                                          CIVIL ACTION NO. 06-0911

VERSUS                                                       JUDGE S. MAURICE HICKS, JR.

WARDEN OF DAVID WADE                        MAGISTRATE JUDGE HORNSBY
CORRECTION CENTER

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including the

written objections filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and

Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 15th day of October,

2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE